# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-2401
LT Case No. 2022-DP-015

_____

T.G., FATHER OF N.M., A CHILD,

    Appellant,

    v.

DEPARTMENT OF CHILDREN
AND FAMILIES,

    Appellee.

_____

On appeal from the Circuit Court for Hernando County.
Stephen E. Toner, Jr., Judge.

Scott Timothy Smith, of the Law Office of Scott T. Smith, P.A.,
Brooksville, for Appellant.

Sarah J. Rumph, of Children's Legal Services, Tallahassee, and
Rachel Batten, of Children's Legal Services, Brooksville, for
Appellee.

Brittainy Amelia Joyner, of Spencer Fane LLP, Tampa, and Sara
Elizabeth Goldfarb, Statewide Director of Appeals, and Amanda
Victoria Glass, Senior Attorney, of the Statewide Guardian Ad
Litem Office, Tallahassee, for the Office of the Guardian ad
Litem.

November 14, 2023

PER CURIAM.

AFFIRMED.

EISNAUGLE, HARRIS, and KILBANE, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____